UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO.: <u>3:22CR-59-DJH</u>

BRANDON KING
and ANGEL MARTIN     DEFENDANT

<u>NOTICE OF ENTRY OF APPEARANCE</u>
- *Electronically Filed* -

Assistant United States Attorney Bryan R. Calhoun, hereby enters his appearance of record on behalf of the United States of America. Please remove Joel T. King as counsel of record in the above-styled case and he should also be removed from the electronic notification process.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

<u>s/*Bryan R. Calhoun*</u>
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
(502) 582-5911

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

<u>s/*Bryan R. Calhoun*</u>
Assistant U.S. Attorney