UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-59-DJH

BRANDON KING and
ANGEL MARTIN, Defendants.

\* \* \* \* \*

## ORDER

This matter was set for a telephonic status conference on January 24, 2023. (Docket No. 28) The Court found it necessary to reschedule the conference due to the unavailability of counsel. Accordingly, it is hereby

**ORDERED** that the January 24 telephonic status conference is **REMANDED** from the Court's docket and **RESCHEDULED** for **January 26, 2023, at 10:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

January 24, 2023

David J. Hale, Judge
United States District Court