**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**V.**            **CRIMINAL ACTION NO. 3:22-CR-00059-DJH**

**ANGEL MARTIN**                                                                       **DEFENDANT**

_____

**MOTION TO WITHDRAW AS COUNSEL**

      Comes the undersigned, Nick Neumann, counsel for Angel Martin, and moves to withdraw as counsel in this case. The undersigned was initially retained to represent the defendant in state court. The undersigned appeared in Federal court in reliance on promise of further payment. The defendant's state case is now concluded, the defendant has still failed to retain the undersigned for federal court, and counsel is now confident that will not happen at any point. Furthermore, given the fact that a new prosecutor is assigned, and based on conversations with the prosecutor previously assigned to this case that further charges are likely to be added, any delay that will occur because of the undersigned's withdrawal will not prejudice the defendant.

                                                                             Respectfully Submitted,

                                                                     __/s/ Nick Neumann_____
                                                                     Nicholas Neumann
                                                                     214 S. 8th Street, Ste. 201
                                                                     Louisville, Kentucky 40202
                                                                     (502) 552-2682
                                                                     Counsel for Mr. Sykes

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 25th, 2023, the foregoing Motion was filed electronically with the Clerk of the Court, and distributed to the Hon. Bryan Calhoun, Asst. U.S. Attorney, 717 W. Broadway, Louisville, KY 40202.

                                                    _/s/ Nick Neumann_____
                                                    Nicholas Neumann