UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**V.**             **CRIMINAL ACTION NO. 3:22-CR-00059-DJH**

**ANGEL MARTIN**                                  **DEFENDANT**

_____

**ORDER**

Motion having been made by the undersigned, Nicholas Neuman, the Court hereby grants Mr. Neumann's motion to withdraw, and he is relieved of further obligation in this case.

                                          __/s/ Nick Neumann_____
                                          Nicholas Neumann
                                          214 S. 8th Street, Ste. 201
                                          Louisville, Kentucky 40202
                                          (502) 552-2682
                                          Counsel for Mr. Martin