UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                    Plaintiff,

v.                                                                              Criminal Action No. 3:22-cr-59-DJH

BRANDON KING and
ANGEL MARTIN,                                                                                              Defendants.

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 26, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Bryan Calhoun |
| For Defendants: | William Butler |
| | Nicholas Neumann |

The Court and counsel discussed the procedural posture of the case, including attorney Neumann's pending motion to withdraw (Docket No. 30). Counsel for the United States reported that discovery is ongoing and that a superseding indictment is likely. Under these circumstances, the parties agreed that a continuance of the current trial date is necessary. Based on the discussion during the conference, and without objection, it is hereby

**ORDERED** that the agreed motion to continue (D.N. 33) is **GRANTED**. The trial of this matter, currently set for February 27, 2023, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

A status hearing will be set by subsequent order.

January 31, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg
cc:     Jury Administrator

1