# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**VS.**                                         **CRIMINAL ACTION NO. 3:22-CR-59-DJH**

**ANGEL MARTIN**                                                            **DEFENDANT**

## ORDER ON *EX PARTE* HEARING

An *ex parte* hearing was held, by video, on February 2, 2023 regarding defense counsel's motion to withdraw as attorney (DN 30). Defendant Angel Martin was present, in custody, with Nicholas J. Neumann, retained counsel. The proceeding was digitally recorded.

The Court discussed with the defendant the issues that exists between him and defense counsel and for the reasons fully stated on the record;

**IT IS HEREBY ORDERED** that Nicholas J. Neumann is **WITHDRAWN** as counsel of record for the defendant. The defendant advised the Court that he would retain new counsel for future proceedings.

**IT IS FURTHER ORDERED** that the recording of these proceedings shall be **SEALED.**

cc:     Counsel of Record

0|10