UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-59-DJH

ANGEL MARTIN,     Defendant.

\* \* \* \* \*

## ORDER

In light of the magistrate judge's February 2, 2023 order (Docket No. 35), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Defendant Angel Martin shall have **fourteen (14) days** from entry of this Order within which to retain new counsel. The issue of representation will return to the magistrate judge in the event new counsel for Martin does not enter an appearance by **February 17, 2023**.

(2) This matter is set for a status hearing on **March 1, 2023, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the periods of delay from October 12, 2022, to October 21, 2022, and January 31, 2023, to March 1, 2023, are excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

February 3, 2023

David J. Hale, Judge
United States District Court