# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　　　　　　　**CRIMINAL ACTION NO 3:22-CR-59-DJH**

**ANGEL MARTIN**　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## REPORT OF STATUS HEARING

      A hearing regarding the status of counsel was conducted, by video, on February 27, 2023. Bryan R. Calhoun participated on behalf of the United States. Defendant Angel Martin was present, in custody. The proceeding was digitally recorded.

      Defendant advised the Court that he is meeting with Attorney Patrick J. Renn in an effort to retain him as counsel for this matter. The status hearing on **March 1, 2023 at 1:30 p.m.** before David J. Hale, United States District Judge, shall remain on the Court's schedule.

*[signature]*

Regina S. Edwards, Magistrate Judge
United States District Court

February 27, 2023

cc: Counsel of Record

0|05