UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-59-DJH

BRANDON KING and
ANGEL MARTIN, Defendants.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on March 1, 2023, with the following counsel participating:

    For the United States:    Bryan R. Calhoun

    For Defendant Brandon King:    William M. Butler, Jr.

Defendant Angel Martin was present, but he has not yet retained counsel.  Defendant King was not present, and his counsel reported that King has been arrested and is currently in state custody in Missouri.  In light of these developments, the Court concluded that it was not appropriate to set a trial schedule at this time.  Based on the discussion during the hearing, and without objection, it is hereby

    **ORDERED** as follows:

    (1)    Defendant Martin **SHALL RETAIN** counsel by **March 10, 2023**, and counsel **SHALL ENTER** an appearance in the record on or before that date.  If there is no such appearance by close-of-business on March 10, 2023, Magistrate Judge Regina S. Edwards will schedule a hearing, as soon as the following week, to take up the issue of Defendant Martin's representation.

(2) Pursuant to 18 U.S.C. § 3161(h)(3)(A), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from March 1, 2023, until the next hearing, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to allow it would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

(3) A status hearing will be set by subsequent Order.

March 1, 2023

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg