UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA												PLAINTIFF

v.																CASE NO. 3:22-CR-00059-DJH

ANGEL MARTIN													DEFENDANT

## APPEARANCE OF COUNSEL

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, Angel Martin.

Respectfully Submitted,

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com