UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                          Criminal Action No. 3:22-cr-59-DJH

BRANDON KING (1) and
ANGEL MARTIN (2),                                                                         Defendants.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on June 1, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Bryan Calhoun |
| For Defendants: | William Butler |
| | Pat Renn |

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     This matter is set for a final pretrial conference on **June 12, 2023, at 11:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference.

(2)     On or before **June 8, 2023**, the parties shall notify the Court whether the case will proceed to trial.

All pretrial dates and deadlines remain in place.

June 2, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1