UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL CASE NO. 3:22-CR-59-DJH |
| ANGEL MARTIN | DEFENDANT |

*Electronically Filed*
**UNITED STATES' MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

The United States of America hereby moves the Court for leave to file its Exhibit A – Fraudulent Checks, attached to its Motion for Restitution under seal.

As grounds for this Motion, the United States asserts that the Exhibit contains the identify of the victims and private banking information.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Erin M. Bravo*
Erin M. Bravo
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
erin.bravo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Erin M. Bravo*
Erin M. Bravo
Assistant U.S. Attorney