UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.                                                                              CRIMINAL CASE NO. 3:22-CR-59-DJH

ANGEL MARTIN                                                                                             DEFENDANT

### ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SEALED DOCUMENT

The United States of America having moved the Court for Leave to File its Exhibit A – Fraudulent Checks, attached to its Motion for Restitution, under seal and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the United States' Exhibit A – Fraudulent Checks, attached to its Motion for Restitution is hereby SEALED pending further order of the Court.