UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                                    CASE NO. 3:22-CR-59-DJH

ANGEL MARTIN                                                          DEFENDANT

## ORDER OF RESTITUTION

Defendant Angel Martin having pled guilty, the defendant having agreed to pay restitution in the plea agreement, and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The defendant is sentenced to pay, as restitution, $148,281.32.

2. Restitution is due immediately, and not withstanding any other provision of this Restitution Order, the United States may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

3. Defendant Angel Martin is jointly and severally liable with co-defendant Brandon King n the amount of $148,281.32.

4. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

5. The Court having determined that the defendant does not have the ability to pay interest, interest SHALL NOT ACCRUE and is waived pursuant to 18 U.S.C. § 3612(f)((3)(A).

6. The victims' names, addresses,[1] and total losses are as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| A.L.C. | To Be Provided By USAO | $36,888.77 |
| P.A. & K.A. | To Be Provided By USAO | $9,000.00 |
| R.C. | To Be Provided By USAO | $7,682.95 |
| F.H. | To Be Provided By USAO | $12,200.00 |
| H.M.S. & J.S. | To Be Provided By USAO | $7,230.00 |
| C.S. | To Be Provided By USAO | $5,012.76 |
| R.S. | To Be Provided By USAO | $5,300.00 |
| L&N Federal Credit Union | To Be Provided By USAO | $20,000.00 |
| Republic Bank | To Be Provided By USAO | $3,088.50 |
| Fifth Third Bank | To Be Provided By USAO | $22,620.00 |
| Stock Yards Bank & Trust Co. | To Be Provided By USAO | $5,803.06 |
| JP Morgan Chase Bank | To Be Provided By USAO | $13,455.28 |
| **Total Amount** | | **$148,281.32** |

7. No delinquent or default penalties will be imposed except upon Order of the Court.

8. Pursuant to 18 U.S.C. § 3664(j)(1), classification and priority of payments to victims is as follows:

    a. Payments shall first be paid to A.L.C., P.A. &K.A., R.C., F.H., H.M.S. & J.S., C.S., and R.S., private victims;

---

[1] If any victim is an individual, the United States shall provide that individual's address to the Clerk of the Court.

      b.    Payments shall then be made to Fifth Third Bank, Stock Yards Bank & Trust Co., Republic Bank, L&N Federal Credit Union, and JP Morgan Chase Bank, providers of compensation, until paid in full.

9.    The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

10.    All payments shall be made to the United States District Court Clerk, 601 West Broadway, 1st Floor, Louisville, KY 40202.

11.    As long as the defendant owes restitution, the defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202 of: (a) Any change of name, residence, or mailing address; and/or (b) Any material change in economic circumstances that affects the ability to pay restitution.

12.    This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein.

December 18, 2023

**David J. Hale, Judge**
**United States District Court**

Tendered by:

MICHAEL A. BENNETT
United States Attorney
By:

*s/ Erin M. Bravo*
Erin M. Bravo
Assistant United States Attorney

Cc: United States Probation
Louisville, Kentucky

Financial Clerk
United States District Court Clerk